IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNUM LIFE INSURANCE COMPANY
OF AMERICA                                                    PLAINTIFF

         v.              Civil No. 13-5099

VINCENTE M. ALAMOS                                           DEFENDANT


## J U D G M E N T

Now on this 16th day of January 2014, for the reasons set forth in the Memorandum Opinion entered contemporaneously herewith, the Court enters judgment in favor of plaintiff, Unum Life Insurance Company of America, in the amount of **$49,218.33.**

**IT IS SO ORDERED.**


  /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE